

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                     Plaintiff,

v.                                          Criminal Action No. 3:17-cr-151-DJH

LARRY HASKINS,                                                Defendant.

\* \* \* \* \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

February 13, 2019                           _____
Date                                        Defendant's Signature